```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│                  CIVIL DOCKET ENTRIES FOR CASE A03-0079--CV (JKS)           │
│                        "DEBORAH A. LUPER V MOA ET AL"                       │
├─────────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel     │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/10/03
            Closed: 07/09/03

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (441) Voting

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 04/10/03 receipt # 00120143
          Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | LUPER, DEBORAH A. | Kenneth P. Jacobus<br>310 K Street, Suite 200<br>Anchorage, AK 99501<br>907-277-3333<br>FAX 907-264-6666 |
| PLF 2.1 | MERCULIEFF, RINNA | Kenneth P. Jacobus<br>(see above) |
| DEF 1.1 | ANCHORAGE, MUNICIPALITY OF | Thomas F. Klinkner<br>Birch Horton Bittner & Cherot<br>1127 W. 7th Avenue<br>Anchorage, AK 99501-339<br>907-276-1550<br><br>Paul J. Jones<br>Kemppel Huffman & Ellis P.C.<br>255 E.Fireweed Lane, Suite 200<br>Anchorage, AK 99503<br>907-277-1604<br>FAX 907-276-2493 |
| DEF 2.1 | HEIM, LINDA | Thomas F. Klinkner<br>(see above)<br><br>Paul J. Jones<br>(see above) |
| DII 1.1 | FRIEDMAN, JEFFREY A. | Jeffrey A. Friedman<br>Friedman Rubin et al<br>1227 W. 9th Avenue, Suite 201<br>Anchorage, AK 99501<br>907-258-0704 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A03-0079--CV (JKS)
              "DEBORAH A. LUPER V MOA ET AL"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DII 2.1 | NEIGHBORS FOR BEGICH | Jeffrey M. Feldman<br>Feldman Orlansky & Sanders<br>500 L Street, Suite 400<br>Anchorage, AK 99501<br>907-272-3538 |
| PII 1.1 | WUERCH, GEORGE | Stephen A. McAlpine<br>4141 B Street, Suite 202<br>Anchorage, AK 99503<br>907-277-5542 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0079--CV (JKS)
"DEBORAH A. LUPER V MOA ET AL"

For all filing dates

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 04/10/03
           Closed: 07/09/03

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (441) Voting

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 04/10/03 receipt # 00120143
         Trial by:
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 04/10/03 | Complaint filed; Summons issued. |
| 2 - | 1 | 04/10/03 | DEF 1-2 Attorney Appearance of Thomas F. Klinkner (BIRCH). |
| 3 - | 1 | 04/10/03 | DEF 1-2 Attorney Appearance W. Greene (MUNI). |
| 4 - | 1 | 04/10/03 | DEF 1-2 Notice of legal representation w/att exh. |
| 5 - | 1 | 04/10/03 | PLF 1 Return of Service Executed re: DEF 1 on 4/10/03. |
| 6 - | 1 | 04/10/03 | PLF 1 Return of Service Executed re:DEF 2 on 4/10/03. |
| 7 - | 1 | 04/11/03 | DII 1 motion to intervene w/att memo & proposed mot for sj. |
| 8 - | 1 | 04/14/03 | DEF 1-2 motion for leave to withdraw as counsel w/att memo. |
| 9 - | 1 | 04/14/03 | PLF 1 non-oppo to DEF 1-2 mot for leave to w/d as cnsl (8-1). |
| 10 - | 1 | 04/14/03 | PLF 1 non-oppo to ZZZ 1 mot to intervene (7-1). |
| 11 - | 1 | 04/14/03 | DEF 1-2 Attorney Appearance of Louisiana Cutler for William Greene. |
| 12 - | 1 | 04/14/03 | DEF 1-2 non-oppo to DEF 1-2 (co-cnsls) mot for leave to w/d as cnsl (8-1). |
| 13 - | 1 | 04/14/03 | PLF 1 Complaint (Amended) w/att exh. |
| 11 - | 2 | 04/15/03 | Order granting substitution of Louisiana Cutler for William Greene. cc: cnsl, L. Cutler, T. Klinkner |
| 14 - | 1 | 04/15/03 | PLF 1-2 motion for injunctive relief w/att exhs. |
| 15 - | 1 | 04/15/03 | PLF 1-2 motion for shortened time re: motion for injunctive relief w/att aff. |
| 16 - | 1 | 04/15/03 | DII 1 partial-oppo to PLF 1-2 mot for shortened time re: mot for injunctive relief (15-1). |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A03-0079--CV (JKS)
                   "DEBORAH A. LUPER V MOA ET AL"
```

For all filing dates

```
Document #   Filed       Docket text

   17 -   1  04/15/03    JKS Order granting motion to intervene (7-1). cc: cnsl

   18 -   1  04/15/03    JKS Order granting motion for leave to withdraw as counsel (8-1). cc:
                         cnsl

   19 -   1  04/15/03    JKS Minute Order denying a prel inj at this time and set matter for
                         briefing allowing all defs until 04/18/03 at 3:00 p.m. to file and
                         personally serve an oppo to the mot for inj; plfs may file and
                         personally serve a reply by 04/21/03 at 12:00 p.m.; parties to meet and
                         confer and inform the crt in a  stat rpt to be fld by plfs by 04/21/03
                         after consultation w/all defs whether this would be an appropriate case
                         to bring trial on the merits forward and combine it w/a hearing on prel
                         inj. cc: cnsl

   20 -   1  04/15/03    DII 1 motion for summary judgment w/att memo.

   21 -   1  04/15/03    DII 2 Unopposed motion of neighbors for Begich to intervene w/att memo &
                         aff.

   22 -   1  04/15/03    DII 2 motion for shortened time re: unopposed motion of neighbors for
                         Begich to intervene w/att aff.

   22A-   1  04/15/03    DII 1 Answer to first amended complaint.

   23 -   1  04/16/03    JKS Order granting motion for shortened time re: unopposed motion of
                         neighbors for Begich to intervene (22-1); responses to mot to intervene
                         due 4/17/03. cc: cnsl

   24 -   1  04/16/03    DII 1 non-oppo to ZZZ 1 unopposed mot of neighbors for Begich to
                         intervene (21-1).

   25 -   1  04/17/03    PII 1 Unopposed motion for Wuerch for Mayor to intervene w/att memo.

   26 -   1  04/17/03    PII 1 motion for expedited consideration w/att aff.

   27 -   1  04/18/03    JKS Order granting unopposed mot of neighbors for Begich to intervene
                         (21-1). cc: cnsl

   28 -   1  04/18/03    JKS Order granting unopposed mot for Wuerch for Mayor to intervene
                         (25-1). cc: cnsl

   29 -   1  04/18/03    JKS Order granting mot for exped consid (26-1). cc: cnsl

   30 -   1  04/18/03    DEF 1-2 oppo to PLF 1-2 mot for injunctive relief (14-1) w/att aff &
                         exhs.

   31 -   1  04/18/03    DII 2 oppo to PLF 1-2 mot for inj relief (14-1) w/att exhs.

   32 -   1  04/18/03    DII 2 Notice of filing original aff of H. Rauch re: mot to intervene by
                         Neighbors for Begich w/att aff.

   33 -   1  04/18/03    DII 1 oppo to PLF 1-2 mot for inj relief (14-1) w/att exhs.

   34 -   1  04/21/03    DEF 1-2 motion (request) for three judge district court panel re: motion
                         for injunctive relief.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0079--CV (JKS)
                              "DEBORAH A. LUPER V MOA ET AL"

                                  For all filing dates
```

```
Document #    Filed      Docket text

   35 -  1   04/21/03   PLF 1-2 motion (request) for three-judge district court panel.

   36 -  1   04/21/03   PLF 1-2 reply to DEF 1-2 oppo to PLF 1-2 mot for inj relief (14-1) w/att
                        exhs.

   37 -  1   04/21/03   PLF 1-2 reply to DII 1 oppo to PLF 1-2 mot for inj relief (14-1).

   38 -  1   04/21/03   PLF 1-2 reply to DII 2 oppo to PLF 1-2 mot for inj relief (14-1).

   39 -  1   04/21/03   PII 1 reply to oppo to PLF 1-2 mot for inj relief (14-1).

   40 -  1   04/21/03   PLF 1-2 Status Report.

   41 -  1   04/21/03   JKS Minute Order setting o/a on mot for injunctive relief for 04/21/03
                        at 3:00 p.m. cc: cnsl

   42 -  1   04/22/03   JKS Order granting mot (request) for three judge district court panel
                        (34-1) (35-1); 9CCA Chief Judge Schroeder to appoint two addtl judge to
                        serve on the three judge panel as provided in 28 U.S.C. 2284. cc: cnsl,
                        Judge Schroeder, Judge Sedwick, C. Catterson

   43 -  1   04/23/03   JKS Court Minutes [ECR: Robin Carter] O/A on mot for inj relief held
                        04/21/03; crt to send order to Chief Judge Schroeder of the 9CCA w/cys
                        to the parties indicating this challenge does exist and request she
                        exercise her discretion under the statute to ut together a three judge
                        panel; crt to await notification from her on how to proceed.

   44 -  1   04/28/03   Transcript re: OA on motion for injunctive relief dkt 14 on 4/21/03.

   45 -  1   04/28/03   DEF 1-2 motion (request) for modification of notice issued by the court
                        on 04/22/03.

   46 -  1   04/29/03   Order appointing 9CCA Judge Richard Tallman to the three-judge panel to
                        sit with Judge von der Heydt and Judge Singleton. cc: cnsl

   45 -  2   04/30/03   JKS Order granting mot (request) for modif of notice issued by the court
                        on 04/22/03 (45-1). cc: cnsl, Judge Tallman, Judge von der Heydt

   47 -  1   04/30/03   DEF 1-2 Answer to Amended Complaint.

   48 -  1   05/01/03   JKS, RCT, JAV Order denying mot for injunctive relief (14-1). cc: cnsl,
                        Judge Tallman, Judge von der Heydt

   49 -  1   05/01/03   JKS Minute Order setting o/a on mot for part sj (20-1) to consider
                        appropriate remedies for violation of 42 U.S.C. 1973c for 06/09/03 at
                        2:00 p.m.  cc: cnsl, Judge Tallman, Judge von der Heydt

   50 -  1   05/16/03   PLF 1-2 motion for partial dismissal without prejudice.

   51 -  1   05/19/03   DEF 1-2 Notice of Department of Justice action approving changes made to
                        Anchaorage Election Procedures in Proposition 2.

   52 -  1   05/20/03   JKS Minute Order that defs respond to the mot to dismiss by 05/27/03 at
                        12:00 p.m., otherwise mot will be treated as well taken. cc: cnsl

   53 -  1   05/23/03   DII 1 non-oppo to PLF 1-2 mot for part dismissal w/o prej (50-1).
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A03-0079--CV (JKS)
                          "DEBORAH A. LUPER V MOA ET AL"

                              For all filing dates
```

```
Document #    Filed      Docket text

    54 -  1  05/27/03    PLF 1-2 Notice of filing request to reexamine with Department of
                         Justice.

    55 -  1  05/29/03    JKS Minute Order denying as moot, mot for sj (20-1); granting mot for
                         part dismissal with prej as to any further proceedings on these claims
                         in federal crt and w/out prej to further proceedings in state crt
                         (50-1). cc: cnsl, Judge von der Heydt, Judge Tallman

    56 -  1  06/06/03    PLF 1-2 Status Report and summary of relief requested w/att exhs.

    57 -  1  06/06/03    DII 1 Status Report w/att exhs.

    58 -  1  06/09/03    PLF 1-2 Notice of submission of supplement #2

    59 -  1  06/11/03    RCT, JKS, JAV Court Minutes [ECR: Robin Carter] O/A on mot for part sj
                         (dkt 20) and to consider appropriate remedies for violation of 42 U.S.C.
                         1973c held 06/09/03; matters under advisement; written ruling to issue.

    60 -  1  06/16/03    DEF 1-2 Notice to crt that the Dept of Justice has not notified the Muni
                         of any intention to reexamine the decision not to interpose an obj to
                         proposition 2.

    61 -  1  06/17/03    DEF 1-2 motion for leave to withdraw as counsel w/att proposed
                         substitution of counsel.

    62 -  1  06/19/03    JKS Order granting mot for leave to w/d as cnsl (61-1); Paul J. Jones
                         substituted as cnsl. cc: cnsl, P. Jones

    63 -  1  06/20/03    RCT Opinion; plf's first amended cmplt is dism w/prej; clk to enter judg
                         and order consistent with this opinion. cc:cnsl

    64 -  1  06/20/03    RCT Judgment that plf's first amended cmplt is dism w/prej. cc: cnsl,
                         O&J 11550

    65 -  1  07/07/03    PLF 1-2 motion for attorney fees and costs w/att exh.

    66 -  1  07/09/03    DII 1 oppo to PLF 1-2 mot for atty fees and costs (65-1) w/att exh.

  NOTE -  1  07/14/03    Notation: USDC record consisting of vols 1-3 rec'd from Judge Tallman.

    67 -  1  07/16/03    PLF 1-2 reply to opposition to PLF 1-2 motion for attorney fees and
                         costs   (65-1)

    68 -  1  07/25/03    DEF 1 oppo to PLF 1-2 mot for atty fees and costs (65-1).

    69 -  1  08/04/03    PLF 1-2 reply to oppos to PLF 1-2 mot for atty fees and costs (65-1).

    70 -  1  08/25/03    JKS Order denying motion for attorney fees and costs (65-1); parties are
                         to bear their own fees and costs. cc: cnsl
```