```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         │
│                 CIVIL DOCKET ENTRIES FOR CASE A03-0079--CV (JKS)             │
│                        "DEBORAH A. LUPER V MOA ET AL"                        │
├─────────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel      │
└─────────────────────────────────────────────────────────────────────────────┘
```

     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:
       Referral Rule:
               Filed: 04/10/03
              Closed: 07/09/03

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

       Nature of Suit: (441) Voting

              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Paid $150.00 on 04/10/03 receipt # 00120143
            Trial by:


Parties of Record:                        | Counsel of Record:
------------------------------------------|--------------------------------------
PLF 1.1          LUPER, DEBORAH A.        | Kenneth P. Jacobus
                                          | 310 K Street, Suite 200
                                          | Anchorage, AK 99501
                                          | 907-277-3333
                                          | FAX 907-264-6666
                                          |
PLF 2.1          MERCULIEFF, RINNA        | Kenneth P. Jacobus
                                          | (see above)
                                          |
DEF 1.1          ANCHORAGE, MUNICIPALITY OF | Thomas F. Klinkner
                                          | Birch Horton Bittner & Cherot
                                          | 1127 W. 7th Avenue
                                          | Anchorage, AK 99501-339
                                          | 907-276-1550
                                          |
                                          | Paul J. Jones
                                          | Kemppel Huffman & Ellis P.C.
                                          | 255 E.Fireweed Lane, Suite 200
                                          | Anchorage, AK 99503
                                          | 907-277-1604
                                          | FAX 907-276-2493
                                          |
DEF 2.1          HEIM, LINDA              | Thomas F. Klinkner
                                          | (see above)
                                          |
                                          | Paul J. Jones
                                          | (see above)
                                          |
DII 1.1          FRIEDMAN, JEFFREY A.     | Jeffrey A. Friedman
                                          | Friedman Rubin et al
                                          | 1227 W. 9th Avenue, Suite 201
                                          | Anchorage, AK 99501
                                          | 907-258-0704

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A03-0079--CV (JKS)
              "DEBORAH A. LUPER V MOA ET AL"
```
Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DII 2.1 | NEIGHBORS FOR BEGICH | Jeffrey M. Feldman<br>Feldman Orlansky & Sanders<br>500 L Street, Suite 400<br>Anchorage, AK 99501<br>907-272-3538 |
| PII 1.1 | WUERCH, GEORGE | Stephen A. McAlpine<br>4141 B Street, Suite 202<br>Anchorage, AK 99503<br>907-277-5542 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0079--CV (JKS)
"DEBORAH A. LUPER V MOA ET AL"

For all filing dates

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/10/03
            Closed: 07/09/03

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (441) Voting

            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 04/10/03 receipt # 00120143
          Trial by:
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 04/10/03 | Complaint filed; Summons issued. |
| 2 - | 1 | 04/10/03 | DEF 1-2 Attorney Appearance of Thomas F. Klinkner (BIRCH). |
| 3 - | 1 | 04/10/03 | DEF 1-2 Attorney Appearance W. Greene (MUNI). |
| 4 - | 1 | 04/10/03 | DEF 1-2 Notice of legal representation w/att exh. |
| 5 - | 1 | 04/10/03 | PLF 1 Return of Service Executed re: DEF 1 on 4/10/03. |
| 6 - | 1 | 04/10/03 | PLF 1 Return of Service Executed re:DEF 2 on 4/10/03. |
| 7 - | 1 | 04/11/03 | DII 1 motion to intervene w/att memo & proposed mot for sj. |
| 8 - | 1 | 04/14/03 | DEF 1-2 motion for leave to withdraw as counsel w/att memo. |
| 9 - | 1 | 04/14/03 | PLF 1 non-oppo to DEF 1-2 mot for leave to w/d as cnsl (8-1). |
| 10 - | 1 | 04/14/03 | PLF 1 non-oppo to ZZZ 1 mot to intervene (7-1). |
| 11 - | 1 | 04/14/03 | DEF 1-2 Attorney Appearance of Louisiana Cutler for William Greene. |
| 12 - | 1 | 04/14/03 | DEF 1-2 non-oppo to DEF 1-2 (co-cnsls) mot for leave to w/d as cnsl (8-1). |
| 13 - | 1 | 04/14/03 | PLF 1 Complaint (Amended) w/att exh. |
| 11 - | 2 | 04/15/03 | Order granting substitution of Louisiana Cutler for William Greene. cc: cnsl, L. Cutler, T. Klinkner |
| 14 - | 1 | 04/15/03 | PLF 1-2 motion for injunctive relief w/att exhs. |
| 15 - | 1 | 04/15/03 | PLF 1-2 motion for shortened time re: motion for injunctive relief w/att aff. |
| 16 - | 1 | 04/15/03 | DII 1 partial-oppo to PLF 1-2 mot for shortened time re: mot for injunctive relief (15-1). |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0079--CV (JKS)
"DEBORAH A. LUPER V MOA ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 04/15/03 | JKS Order granting motion to intervene (7-1). cc: cnsl |
| 18 - 1 | 04/15/03 | JKS Order granting motion for leave to withdraw as counsel (8-1). cc: cnsl |
| 19 - 1 | 04/15/03 | JKS Minute Order denying a prel inj at this time and set matter for briefing allowing all defs until 04/18/03 at 3:00 p.m. to file and personally serve an oppo to the mot for inj; plfs may file and personally serve a reply by 04/21/03 at 12:00 p.m.; parties to meet and confer and inform the crt in a stat rpt to be fld by plfs by 04/21/03 after consultation w/all defs whether this would be an appropriate case to bring trial on the merits forward and combine it w/a hearing on prel inj. cc: cnsl |
| 20 - 1 | 04/15/03 | DII 1 motion for summary judgment w/att memo. |
| 21 - 1 | 04/15/03 | DII 2 Unopposed motion of neighbors for Begich to intervene w/att memo & aff. |
| 22 - 1 | 04/15/03 | DII 2 motion for shortened time re: unopposed motion of neighbors for Begich to intervene w/att aff. |
| 22A- 1 | 04/15/03 | DII 1 Answer to first amended complaint. |
| 23 - 1 | 04/16/03 | JKS Order granting motion for shortened time re: unopposed motion of neighbors for Begich to intervene (22-1); responses to mot to intervene due 4/17/03. cc: cnsl |
| 24 - 1 | 04/16/03 | DII 1 non-oppo to ZZZ 1 unopposed mot of neighbors for Begich to intervene (21-1). |
| 25 - 1 | 04/17/03 | PII 1 Unopposed motion for Wuerch for Mayor to intervene w/att memo. |
| 26 - 1 | 04/17/03 | PII 1 motion for expedited consideration w/att aff. |
| 27 - 1 | 04/18/03 | JKS Order granting unopposed mot of neighbors for Begich to intervene (21-1). cc: cnsl |
| 28 - 1 | 04/18/03 | JKS Order granting unopposed mot for Wuerch for Mayor to intervene (25-1). cc: cnsl |
| 29 - 1 | 04/18/03 | JKS Order granting mot for exped consid (26-1). cc: cnsl |
| 30 - 1 | 04/18/03 | DEF 1-2 oppo to PLF 1-2 mot for injunctive relief (14-1) w/att aff & exhs. |
| 31 - 1 | 04/18/03 | DII 2 oppo to PLF 1-2 mot for inj relief (14-1) w/att exhs. |
| 32 - 1 | 04/18/03 | DII 2 Notice of filing original aff of H. Rauch re: mot to intervene by Neighbors for Begich w/att aff. |
| 33 - 1 | 04/18/03 | DII 1 oppo to PLF 1-2 mot for inj relief (14-1) w/att exhs. |
| 34 - 1 | 04/21/03 | DEF 1-2 motion (request) for three judge district court panel re: motion for injunctive relief. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0079--CV (JKS)
"DEBORAH A. LUPER V MOA ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 35 - 1 | 04/21/03 | PLF 1-2 motion (request) for three-judge district court panel. |
| 36 - 1 | 04/21/03 | PLF 1-2 reply to DEF 1-2 oppo to PLF 1-2 mot for inj relief (14-1) w/att exhs. |
| 37 - 1 | 04/21/03 | PLF 1-2 reply to DII 1 oppo to PLF 1-2 mot for inj relief (14-1). |
| 38 - 1 | 04/21/03 | PLF 1-2 reply to DII 2 oppo to PLF 1-2 mot for inj relief (14-1). |
| 39 - 1 | 04/21/03 | PII 1 reply to oppo to PLF 1-2 mot for inj relief (14-1). |
| 40 - 1 | 04/21/03 | PLF 1-2 Status Report. |
| 41 - 1 | 04/21/03 | JKS Minute Order setting o/a on mot for injunctive relief for 04/21/03 at 3:00 p.m. cc: cnsl |
| 42 - 1 | 04/22/03 | JKS Order granting mot (request) for three judge district court panel (34-1) (35-1); 9CCA Chief Judge Schroeder to appoint two addtl judge to serve on the three judge panel as provided in 28 U.S.C. 2284. cc: cnsl, Judge Schroeder, Judge Sedwick, C. Catterson |
| 43 - 1 | 04/23/03 | JKS Court Minutes [ECR: Robin Carter] O/A on mot for inj relief held 04/21/03; crt to send order to Chief Judge Schroeder of the 9CCA w/cys to the parties indicating this challenge does exist and request she exercise her discretion under the statute to ut together a three judge panel; crt to await notification from her on how to proceed. |
| 44 - 1 | 04/28/03 | Transcript re: OA on motion for injunctive relief dkt 14 on 4/21/03. |
| 45 - 1 | 04/28/03 | DEF 1-2 motion (request) for modification of notice issued by the court on 04/22/03. |
| 46 - 1 | 04/29/03 | Order appointing 9CCA Judge Richard Tallman to the three-judge panel to sit with Judge von der Heydt and Judge Singleton. cc: cnsl |
| 45 - 2 | 04/30/03 | JKS Order granting mot (request) for modif of notice issued by the court on 04/22/03 (45-1). cc: cnsl, Judge Tallman, Judge von der Heydt |
| 47 - 1 | 04/30/03 | DEF 1-2 Answer to Amended Complaint. |
| 48 - 1 | 05/01/03 | JKS, RCT, JAV Order denying mot for injunctive relief (14-1). cc: cnsl, Judge Tallman, Judge von der Heydt |
| 49 - 1 | 05/01/03 | JKS Minute Order setting o/a on mot for part sj (20-1) to consider appropriate remedies for violation of 42 U.S.C. 1973c for 06/09/03 at 2:00 p.m. cc: cnsl, Judge Tallman, Judge von der Heydt |
| 50 - 1 | 05/16/03 | PLF 1-2 motion for partial dismissal without prejudice. |
| 51 - 1 | 05/19/03 | DEF 1-2 Notice of Department of Justice action approving changes made to Anchaorage Election Procedures in Proposition 2. |
| 52 - 1 | 05/20/03 | JKS Minute Order that defs respond to the mot to dismiss by 05/27/03 at 12:00 p.m., otherwise mot will be treated as well taken. cc: cnsl |
| 53 - 1 | 05/23/03 | DII 1 non-oppo to PLF 1-2 mot for part dismissal w/o prej (50-1). |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│                 CIVIL DOCKET ENTRIES FOR CASE A03-0079--CV (JKS)            │
│                        "DEBORAH A. LUPER V MOA ET AL"                       │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

| Document # | Filed | Docket text |
|---|---|---|
| 54 - 1 | 05/27/03 | PLF 1-2 Notice of filing request to reexamine with Department of Justice. |
| 55 - 1 | 05/29/03 | JKS Minute Order denying as moot, mot for sj (20-1); granting mot for part dismissal with prej as to any further proceedings on these claims in federal crt and w/out prej to further proceedings in state crt (50-1). cc: cnsl, Judge von der Heydt, Judge Tallman |
| 56 - 1 | 06/06/03 | PLF 1-2 Status Report and summary of relief requested w/att exhs. |
| 57 - 1 | 06/06/03 | DII 1 Status Report w/att exhs. |
| 58 - 1 | 06/09/03 | PLF 1-2 Notice of submission of supplement #2 |
| 59 - 1 | 06/11/03 | RCT, JKS, JAV Court Minutes [ECR: Robin Carter] O/A on mot for part sj (dkt 20) and to consider appropriate remedies for violation of 42 U.S.C. 1973c held 06/09/03; matters under advisement; written ruling to issue. |
| 60 - 1 | 06/16/03 | DEF 1-2 Notice to crt that the Dept of Justice has not notified the Muni of any intention to reexamine the decision not to interpose an obj to proposition 2. |
| 61 - 1 | 06/17/03 | DEF 1-2 motion for leave to withdraw as counsel w/att proposed substitution of counsel. |
| 62 - 1 | 06/19/03 | JKS Order granting mot for leave to w/d as cnsl (61-1); Paul J. Jones substituted as cnsl. cc: cnsl, P. Jones |
| 63 - 1 | 06/20/03 | RCT Opinion; plf's first amended cmplt is dism w/prej; clk to enter judg and order consistent with this opinion. cc:cnsl |
| 64 - 1 | 06/20/03 | RCT Judgment that plf's first amended cmplt is dism w/prej. cc: cnsl, O&J 11550 |
| 65 - 1 | 07/07/03 | PLF 1-2 motion for attorney fees and costs w/att exh. |
| 66 - 1 | 07/09/03 | DII 1 oppo to PLF 1-2 mot for atty fees and costs (65-1) w/att exh. |
| NOTE - 1 | 07/14/03 | Notation: USDC record consisting of vols 1-3 rec'd from Judge Tallman. |
| 67 - 1 | 07/16/03 | PLF 1-2 reply to opposition to PLF 1-2 motion for attorney fees and costs (65-1) |
| 68 - 1 | 07/25/03 | DEF 1 oppo to PLF 1-2 mot for atty fees and costs (65-1). |
| 69 - 1 | 08/04/03 | PLF 1-2 reply to oppos to PLF 1-2 mot for atty fees and costs (65-1). |
| 70 - 1 | 08/25/03 | JKS Order denying motion for attorney fees and costs (65-1); parties are to bear their own fees and costs. cc: cnsl |